**STATE of Missouri, Respondent,**

v.

**Joseph M. TRITICO, Jr., Appellant.**

**No. WD 65915.**

Missouri Court of Appeals,
Western District.

Nov. 28, 2006.

Rosalynn Koch, State Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Attorney General, Jefferson City, MO, joins on the briefs for Respondent.

Before JAMES M. SMART, JR., P.J., EDWIN H. SMITH, and LISA WHITE HARDWICK, JJ.

### Order

PER CURIAM.

A jury convicted appellant, Joseph M. Tritico, of driving while intoxicated. Tritico appeals that conviction.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).